IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE JOSEPH VASQUEZ,

    Petitioner,                                                                                       No. CIV S-08-685 JAM CHS P

   vs.

JAMES A. YATES, et al.,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 2, 2009, the magistrate judge signed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Counsel for petitioner filed timely objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations signed June 2, 2009 are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: July 17, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/