IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE JOSEPH VASQUEZ,

    Petitioner,               No. CIV S-08-685 JAM CHS P

    vs.

JAMES A. YATES, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding by and through counsel, has filed a timely notice of appeal of this court's July 17, 2009 order and judgment denying his application for writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

Here, petitioner has made a substantial showing that his due process rights were violated when jury instructions given at his criminal trial permitted the jury to find true a drug weight allegation without any proof of his knowledge or intent with respect to the quantity of drugs. Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall issue in the present action.

DATED: August 31, 2009

/s/ John A. Mendez
U. S. District Court Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.